IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH SEVEN FACEBOOK ACCOUNTS, THAT ARE STORED AT PREMISES CONTROLLED BY FACEBOOK, INC. | |
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH TWO GOOGLE ACCOUNTS, THAT ARE STORED AT PREMISES CONTROLLED BY GOOGLE LLC | Case No. <u>6:19CM03</u><br><br>**<u>Filed Under Seal</u>** |
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH TWO WHATSAPP ACCOUNTS, THAT ARE STORED AT PREMISES CONTROLLED BY WHATSAPP | |

## **<u>ORDER</u>**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Facebook, Inc., Google LLC and Whatsapp each entity being an electronic communications service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s)) listed in the search warrant of the existence of the attached search warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Facebook, Inc., Google LLC and Whatsapp shall not disclose the existence of the attached search warrant, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to

do so by the Court, except that Facebook, Inc., Google LLC and Whatsapp may disclose the attached search warrant to an attorney for Facebook, Inc., Google LLC and Whatsapp for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed under General Order No. 7 of this District's standing Order regarding search and seizure warrants or until otherwise ordered by the Court.

2-22-19
Date

_____
Honorable Barry A. Bryant
United States Magistrate Judge