# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Hot Springs Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH SEVEN FACEBOOK ACCOUNTS, THAT ARE STORED AT PREMISES CONTROLLED BY FACEBOOK, INC.<br><br>IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH TWO GOOGLE ACCOUNTS, THAT ARE STORED AT PREMISES CONTROLLED BY GOOGLE LLC<br><br>IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH TWO WHATSAPP ACCOUNTS, THAT ARE STORED AT PREMISES CONTROLLED BY WHATSAPP | Case No. 6:19-CM-03<br><br>**Filed Under Seal** |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Western District of Arkansas *(identify the person or describe the property to be searched and give its location)*:
**See "Attachment A"**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
**See "Attachment B"**

**YOU ARE COMMANDED** to execute this warrant on or before March 7, 2019
                                                                *(not to exceed 14 days)*

X in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Barry A. Bryant.

Pursuant to 18 U.S.C. § 3102a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: 2-21-19 @ 11:47 am

_____
*Judge's signature*

City and state: Texarkana, Arkansas

Barry A. Bryant, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

Case No.: 6:19-cm-03

Date and time warrant executed: 2/25/2019 at 1:00 pm

Copy of warrant and inventory left with: _____

Inventory made in the presence of: _____

Inventory of the property taken and name of any person(s) seized:

- WhatsApp reply on 3/4/19 - no records
- Facebook return on 3/13/19 over 20,000 pages via online portal
- Google return on 3/23/19 3.7 GB zip file.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/25/19

*Executing officer's signature*

SA Katie Rowbotham
*Printed name and title*

Subscribed, sworn to, and returned before me this date.

3-25-19
Date

*U.S. Judge or Magistrate*